AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>TANNER J. LEICHLEITER<br>NORA GILDA GUEVARA TIRANA<br><br>*Defendant(s)* | Case No. 8:20MJ196 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 19, 2020,** in the county of **Burt** in the _____ District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1201(a)(1) & 2 | Kidnapping and Aiding and Abetting |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Anthony Peterson, S.A. FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 4-21-20

_____
Judge's signature

City and state: Omaha, Nebraska

SUSAN M. BAZIS, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

**DISTRICT OF NEBRASKA** )
) ss.   Affidavit of SA Anthony Peterson
**COUNTY OF DOUGLAS** )

I, Anthony Peterson, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and have been so employed for approximately ten (10) years. I am currently assigned to the FBI Omaha Division, Violent Crimes Against Children Task Force, where I am responsible for investigating violations of various criminal statutes, including those pertaining to violent criminal offenses in violation of Title 18 of the United States Code. I have been the Case Agent and have assisted in violent crime investigations, which have resulted in search warrants, arrests, and the seizure of forfeiture and assets. Prior to joining the FBI, for five years, I served as a police officer for the Omaha Police Department, in Omaha, Nebraska. While employed as a Police Officer, I primarily worked uniform patrol with duties that included responding to emergency calls, taking reports and making probable cause arrest.

2. I have received relevant training in kidnapping investigations from the FBI Academy in Quantico, Virginia. I have also acquired knowledge and information about the means and methods of kidnapping investigations, to include informal training, from other law enforcement officers and investigators.

## PURPOSE OF THIS AFFIDAVIT

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for Tanner J. LEICHLEITER, a male, born 1990, and Nora Gilda GUEVARA TIRANA, a

1

female, born 1978, for violations of Title 18, United States Code, Section 1201(a)(1) and Section 2. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant for LEICHLEITER and GUEVARA TIRANA, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally, and through written reports.

## OVERVIEW OF INVESTIGATION

4. SA Peterson has learned the following information from State, Local and Federal partners in Nebraska and Kansas. Tanner LEICHLEITER is married to Nora Gilda GUEVARA TIRANA, the grandmother of Victim 1, seven years of age, and Victim 2, four years of age. There was no legal or verbal agreement allowing LEICHLEITER to have custody of either victim. Karan De La GARZA-GUEVARA is the birth mother and legal guardian of both Victim 1 and Victim 2.

5. On April 19, 2020, at approximately noon, Karan De La GARZA-GUEVARA returned to 707 North 13th Street, Tekamah, Nebraska from visiting family in Grand Island, Nebraska. While De La GARZA-GUEVARA was visiting family, Victim 1 and Victim 2 were in the care of Nora Gilda GUEVARA TIRANA, mother of De La GARZA-GUEVARA. Upon her return to Tekamah, De La GARZA-GUEVARA had a verbal altercation with GUEVARA TIRANA and LEICHLEITER. De La GARZA-GUEVARA believed the verbal altercation was because she did not show LEICHLEITER "respect" and because of this LEICHLEITER and GUEVARA TIRANA did not think she was a "good mother." As the argument escalated, GUEVARA TIRANA took and destroyed De La GARZA-GUEVARA's digital devices: a cell

phone, a smart watch and a computer. LEICHLEITER physically assaulted the children's mother and the children. GUEVARA TIRANA then physically forced the children's mother into a back bedroom of the residence in Tekamah. De La GARZA-GUEVARA stated that she was held in the bedroom both physically by GUEVARA TIRANA and by threat of violence as GUEVARA TIRANA was holding the hammer she used to destroy De La GARZA-GUEVARA's digital devices. GUEVARA TIRANA told the children's mother that LEICHLEITER was taking the children and told De La GARZA-GUEVARA she would have to kill her (GUEVARA TIRANA) if the children's mother wanted to get out of the room or prevent LEICHLEITER from taking the children. De La GARZA-GUEVARA could still hear Victim 1, Victim 2 and LEICHLEITER in the residence until approximately 9:30 pm on April 19, 2020. At approximately 5:00 am on April 20, 2020, the children's mother was able to free herself after GUEVARA TIRANA fell asleep. De La GARZA-GUEVARA was not able to locate her children or LEICHLEITER in the residence. De La GARZA-GUEVARA drove herself to a gas station where she called police and reported the kidnapping.

6. At 10:58 am local time, LEICHLEITER was located by Sedgwick County Sheriff's Deputies at approximately 6800 South Ridge Road, Haysville, Kansas. LEICHLEITER was driving his White 2009 Ford Expedition, Nebraska plate 31F325. Both Victim 1 and Victim 2 were located inside the vehicle. Also located in the vehicle were a number of loaded firearms. LEICHLEITER, Victim 1 and Victim 2 were last seen by De La GARZA-GUEVARA on April 19, 2020, in Tekamah, Nebraska and at no time did De La GARZA-GUEVARA give LEICHLEITER permission to take custody of her children or remove them from Nebraska.

7. Based upon the above facts and circumstances, I believe sufficient probable cause

3

exists to authorize a criminal complaint and arrest warrant for Tanner J. LEICHLEITER and Nora Gilda GUEVARA TIRANA, regarding the violation kidnapping, in violation of Title 18, United States Code, 1201(a)(1) and Section 2, aiding and abetting.

_____
ANTHONY PETERSON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this __21__
day of April, 2020.

_____
SUSAN M. BAZIS
United States Magistrate Judge
District of Nebraska

4